UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:
**Dionette Baker,**

                        **Chapter 7**
                        **Case Number:**

           Debtor,
-----------------------------------------------------------X

## AFFIDAVIT OF NO PAY ADVICES

I, **Dionette Baker,** being duly sworn on oath depose and state:

1. I am the debtor in the above referenced Bankruptcy.

2. I understand that the Bankruptcy Act requires the filing of pay advices for the sixty (60) day period prior to the Bankruptcy filing.

3. I am unable to file 60 days of pay advices because I have been unemployed for at least the entire sixty (60) day period prior to this Bankruptcy filing.

4. I currently receive Social Security income monthly.

Dated: October 9, 2019

                                                  **/s/ Dionette Baker**
                                                  **Dionette Baker**

Subscribed and sworn before me
the 9th day of October 2019

> **/s/ JESSICA MAZUR**
> **NOTARY PUBLIC STATE OF NEW YORK**
> **REG. # 01MA6377105**
> **QUALIFED IN SUFFOLK COUNTY**
> **COMMISSION EXPIRES JULY 2, 2022**



# Social Security Administration

Date: March 11, 2019
BNC: <span style="background:black">███████</span>7
REF: A

DIONETTE BAKER
238 MONTCLAIR SCHOOL
RD
SIMPSONVILLE KY 40067-6643

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2018, the full monthly Social Security benefit before any deductions is $1,835.60.

We deduct $135.50 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,700.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Information About Past Social Security Benefits**
From January 2018 to November 2018, the full monthly Social Security benefit before any deductions was $1,785.60.